SLATER, Appellant, v. GRANNEMANN, Respondent. (Supreme Court, Appellate Divi-

sion, Third Department. January 6, 1909.) Action by John F. Slater against Louise Grannemann, personally and as administratrix of the estate of Christian Grannemann, deceased, etc.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and COCHRANE, J., dissent.

SMITH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Martha Smith against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SNELL, Appellant, v. SYRACUSE, LAKE SHORE & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Mary J. Snell against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Judgment affirmed, with costs.